# USDC SCAN INDEX SHEET










ACR   8/26/98   14:33
3:98-CV-01346   ZUBKIS V. SUMMIT FAMILY
*3*
*O.*

ORIGINAL

FILED
98 AUG 25 PM 2:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADISLAV S. ZUBKIS,<br><br>    Plaintiff,<br><br>vs.<br><br>SUMMIT FAMILY RESTAURANTS, INC., et al.<br><br>    Defendants. | CASE NO. 98-CV-1346-BTM(POR)<br><br>ORDER SCHEDULING STATUS CONFERENCE AND EXTENDING DEFENDANTS' TIME TO ANSWER. |

  Counsel for defendants has contacted the Court and indicated that defendants wish to file a motion to dismiss plaintiff's complaint because it fails to state a claim on which relief may be granted. A status conference is hereby scheduled for August 27, 1998 at 4:00 pm to discuss the perceived deficiencies in plaintiff's complaint. Defendants' time to answer or file a responsive pleading is hereby extended to September 4, 1998.

**IT IS SO ORDERED.**

Dated: 8-21-98

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge

Copies to:

MAGISTRATE JUDGE PORTER
COUNSEL OF RECORD



98CV1346