USDC SCAN INDEX SHEET










JRL     8/31/98    10:32
3:98-CV-01346    ZUBKIS V. SUMMIT FAMILY
*5*
*O.*

FILED
98 AUG 28 PM 4:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADISLAV S. ZUBKIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUMMIT FAMILY RESTAURANTS, INC., et al.<br><br>　　　　　Defendants. | CASE NO. 98-CV-1346-BTM(POR)<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT AND EXTENDING DEFENDANTS' TIME TO ANSWER.** |

　　Plaintiff has expressed a desire to amend his complaint. Plaintiff shall have until October 2, 1998 to file his amended complaint and serve it upon all defendants. Defendants' time to answer or file a responsive pleading is hereby extended to September October 16, 1998.

**IT IS SO ORDERED.**

Dated: August 27, 1998



HONORABLE BARRY TED MOSKOWITZ
United States District Judge

Copies to:

MAGISTRATE JUDGE PORTER
COUNSEL OF RECORD